Filed 7/30/13  In re Kris P. CA1/3

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b). This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION THREE

| | |
|---|---|
| In re KRIS P., a Person Coming Under the Juvenile Court Law. | |
| THE PEOPLE, Plaintiff and Respondent, v. KRIS P., Defendant and Appellant. | A138042 (Contra Costa County Super. Ct. No. J11-01427) |

The 17-year-old minor appeals from a dispositional order increasing his period of commitment following his admission of a probation violation. His attorney has asked this court for an independent review of the record to determine whether there are any arguable issues for review. (*Anders v. California* (1967) 386 U.S. 738, 744; *People v. Kelly* (2006) 40 Cal.4th 106, 119; *People v. Wende* (1979) 25 Cal.3d 436, 441-442.) The minor was informed of his right to file a supplemental brief, which he has not done. Upon independent review of the record, we conclude no arguable issues are presented for review and affirm the judgment.

**Discussion**

In December 2011, the minor was declared a ward of the court following his admission to grand theft of a computer laptop. (Pen. Code, § 487, subd. (c).) The court committed the minor to the Orin Allen Youth Rehabilitation Facility (Facility) for a period not to exceed nine months followed by an additional 90-day conditional release

1

parole period. The minor was required as a condition of probation to obey all laws and Facility rules. We affirmed the jurisdictional and dispositional orders. (*In re K.P.* (July 20, 2012, A134131) [nonpub. opn.].)

In May 2012, the minor admitted violating probation by engaging in a physical altercation with a Facility resident. An additional 15 days were added to the original Facility commitment for grand theft.

In October 2012, while on parole, the minor was found carrying a concealed firearm. (Pen. Code, § 25400, subd. (a)(2).) The minor was continued as a ward of the court and committed to the Facility for a second nine-month period.

In February 2013, the minor admitted violating probation by "obstruct[ing] the view of institutional staff before the commencement of a physical altercation involving two other residents." The court found the altercation to be a gang fight and that the minor "helped to set it up." The court noted that the minor was observed "giving a thumbs-up sign behind [his] back so that the fight could begin." The court added 45 days to the minor's commitment.

The minor filed a timely notice of appeal.

The minor was represented by retained counsel in the probation violation proceedings. No error appears in the acceptance of his admission of the probation violation and we find no abuse of discretion with regard to the court's imposition of additional commitment time.

## Disposition

The dispositional order is affirmed.

_____
Pollak, Acting P.J.

We concur:

_____
Siggins, J.

_____
Jenkins, J.